**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § v. § § Manuel Cavazos, aka "Tony" § § § | CRIMINAL NO. H-05-324 |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A _Indictment_ has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant
Manuel Cavazos, aka "Tony" (Cts.1-6)

☒ DETENTION
☐ RELEASED ON CONDITIONS
☐ Appearance Bond in the Amount of: $

SIGNED at Houston, Texas, on _August 8_, 2005.

_____
UNITED STATES MAGISTRATE JUDGE