TX/SD/JS-35 (1/1/94)

| COURTROOM MINUTES: | ☑ INITIAL APPEARANCE ☐ IDENTITY | CLERK, U.S. DISTRICT COURT |
|---|---|---|
| | ☑ BOND HEARING ☐ PRELIMINARY HEARING | SOUTHERN DISTRICT OF TEXAS |
| | ☐ DETENTION HEARING | FILED |
| | ☑ COUNSEL DETERMINATION HEARING | 10/20/05 /s/ |
| | ☐ HEARING CONTINUED ON _____ | MICHAEL N. MILBY, Clerk |

THE HONORABLE FRANCES H. STACY Presiding    OPEN: 10:22    ADJOURN: 10:31
Deputy Clerk: Beverly White                  RECESS FROM: _____ TO: _____
☑ ERO/Tape No. _____ CTRM # 702  Start____ End____   Additional Tape No. ____ Start____ End____
USPO ☐  PTSO ☑ _____ ☑ Deft ☐ MW - ☐ does ☑ does not need an interpreter.   ☐ Other District ☐ Division
INTERPRETER PRESENT: ☑ No ☐ Yes, Name: _____   Case No. _____

CR H-05-324  DEFT No. ____  USDJ _____   Bryan Best _____, AUSA
UNITED STATES OF AMERICA                              ☐ kgaddatty.
VS
Manuel Cavazos

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

| ☑ | kars.... | Date of arrest: 10/20/05 or ☐ karsr40 |
| ☑ | kia.... | Deft first appearance. Deft advised of rights/charges ☐ Probation violator ☐ Pretrial Release Violator |
| | kcnsl.... | Deft first appearance with counsel. |
| ☑ | ..... | ☑ Deft ☐ MW ☐ _____ appeared ☐ with ☑ without counsel. |
| ☑ | ..... | Requests appointed counsel. |
| ☑ | kfinaff.... | FINANCIAL AFFIDAVIT executed. |
| ☑ | koapptpd.. | Order appointing Federal Public Defender. |
| ☑ | k20appt.. | Private Counsel appointed, Richard Kuniansky |
| | ..... | Deft advises he will retain counsel. He retained _____ |
| | ko.(bnd.). | Bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR ☐ Unsecured. |
| | ..... | Bond ☐ revoked ☐ reinstated |
| | ..... | Surety signatures required _____, _____. |
| | kodtn.... | No bond set at this time, 10 day DETENTION ORDER entered. |
| ☑ | kodtn.... | ORDER OF TEMPORARY DETENTION PENDING HEARING entered. |
| | kodtn.... | ORDER OF DETENTION PENDING TRIAL entered. |
| | kocondrls.. | Deft advised of conditions of release. |
| | kbnd.... | BOND EXECUTED, ☐ Deft ☐ MW released (☐ State Authorities, ☐ INS) |
| ☑ | kloc.(LC) | ☑ Deft ☐ MW REMANDED to CUSTODY. |
| | ko..... | Deft ORDERED REMOVED to Originating District. |
| | kwvprl... | WAIVER of ☐ Preliminary ☐ kwvr40hrg.... Waiver of Rule 40 Hearing |
| | ..... | Court finds PROBABLE CAUSE ☐ ID ☐ PC. |
| ☑ | karr.... | Arraignment set 10-21-05  10  ☑ kdtnhrg. Detention Hearing set 10-21-05  10 |
| | kprlxm... | Preliminary set _____ ☐ kbndhrg. Bond Hearing set _____ |
| ☑ | krmknn... | Counsel Determination Hearing set 10-20-05  2 |
| | krmvhrg.. | Identity/Removal Hearing set _____. |
| | ..... | Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LR) |
| | ..... | See reverse for additional proceedings and attorneys addresses. |