AO 470 (Rev. 8/85) Order of Temporary Detention

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
10/21/05
MICHAEL N. MILBY, CLERK
BY DEPUTY

# UNITED STATES DISTRICT COURT

Southern District of Texas

UNITED STATES OF AMERICA

V.

Manuel Cavazos
*Defendant*

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: CR-H-05-524

Upon motion of the _United States Government_, it is ORDERED that a detention hearing is set for _10/21/05_ * at _10_
     Date                                              Time

before _FRANCES H. STACY_
         *Name of Judicial Officer*

*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____
_____ ) and produced for the hearing.
     *Other Custodial Official*

Date: _10-21-05_                    _Frances H. Stacy_
                                                     *Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.