TX/SD/JS-35 (1/1/94)

COURTROOM MINUTES: ☐ INITIAL APPEARANCE ☐ IDENTITY
☐ BOND HEARING ☐ PRELIMINARY HEARING
☑ DETENTION HEARING
☐ COUNSEL DETERMINATION HEARING
☐ HEARING CONTINUED ON _____

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
10/21/05 /s/
MICHAEL N. MILBY, Clerk

THE HONORABLE FRANCES H. STACY Presiding
Deputy Clerk: Beverly White
☑ ERO/Tape No: Powell CTRM # 702 Start ___ End ___
USPO ☐ PTSO ☐ _____ ☑ Deft ☐ MW - ☐ does ☑ does not need an interpreter.
INTERPRETER PRESENT: ☑ No ☐ Yes, Name: _____

OPEN: 2:19 ADJOURN: 3:40
RECESS FROM: ___ TO: ___
Additional Tape No. ___ Start ___ End ___
☐ Other District ☐ Division
Case No. _____

CR H-05-324 DEFT No. ___ USDJ ___
UNITED STATES OF AMERICA §
vs §
Manuel Carvajal §
§
§
§
§

Bryan Best , AUSA
☐ kgaddatty.

Richard Kuniansky ☑

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

| | | |
|---|---|---|
| ☐ | kars..... | Date of arrest: _____ or ☐ karsr40 |
| ☐ | kia..... | Deft first appearance. Deft advised of rights/charges ☐ Probation violator ☐ Pretrial Release Violator |
| ☐ | kcnsl.... | Deft first appearance with counsel. |
| ☑ | ...... | ☑ Deft ☐ MW ☐ _____ appeared ☑ with ☐ without counsel. |
| ☐ | ...... | Requests appointed counsel. |
| ☐ | kfinaff... | FINANCIAL AFFIDAVIT executed. |
| ☐ | koapptpd.. | Order appointing Federal Public Defender. |
| ☐ | k20appt.. | Private Counsel appointed, _____ |
| ☐ | ...... | Deft advises he will retain counsel. He retained _____ |
| ☐ | ko.(bnd.). | Bond ☐ set ☐ reduced to $_____ ☐ Cash ☐ Surety ☐ 10% ☐ PR ☐ Unsecured. |
| ☐ | ...... | Bond ☐ revoked ☐ reinstated |
| ☐ | ...... | Surety signatures required _____, _____. |
| ☐ | kodtn.... | No bond set at this time, 10 day DETENTION ORDER entered. |
| ☑ | kodtn.... | ORDER OF TEMPORARY DETENTION PENDING HEARING entered. |
| ☑ | kodtn.... | ORDER OF DETENTION PENDING TRIAL entered. |
| ☐ | kocondrls.. | Deft advised of conditions of release. |
| ☐ | kbnd..... | BOND EXECUTED, ☐ Deft ☐ MW released ( ☐ State Authorities, ☐ INS ) |
| ☑ | kloc.(LC) | ☑ Deft ☐ MW REMANDED to CUSTODY. |
| ☐ | ko...... | Deft ORDERED REMOVED to Originating District. |
| ☐ | kwvprl... | WAIVER of ☐ Preliminary ☐ kwvr40hrg.... Waiver of Rule 40 Hearing |
| ☑ | ...... | Court finds PROBABLE CAUSE ☐ ID ☐ PC. |
| ☐ | karr.... | Arraignment set _____ ☐ kdtnhrg. Detention Hearing set _____ |
| ☐ | kprlxm... | Preliminary set _____ ☐ kbndhrg. Bond Hearing set _____ |
| ☐ | krmknn... | Counsel Determination Hearing set _____ |
| ☐ | krmvhrg.. | Identity/Removal Hearing set _____. |
| ☐ | ...... | Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LR) |
| ☐ | ...... | See reverse for additional proceedings and attorneys addresses. |