UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

OCT 2 8 2005

MICHAEL N. MILBY, CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL NO. H-05-324-02 |
| vs. | § § | |
| MANUEL CAVAZOS a.k.a. "Tony" | § | |

## GOVERNMENT'S MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

The government moves to dismiss the Indictment filed August 8, 2005, as to Defendant MANUEL CAVAZOS a.k.a. "Tony" only, without prejudice.

Respectfully submitted,

Bryan K. Best
Assistant U.S. Attorney
(713) 567-9584

I hereby certify that on October 28, 2005, I advised Richard Kuniansky, attorney for defendant, of this Motion.

BRYAN K. BEST