UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO. H-05-324-02 |
| vs. | § | |
| | § | |
| MANUEL CAVAZOS a.k.a. "Tony" | § | |

## ORDER

The Indictment is hereby DISMISSED, without prejudice, as to Defendant, MANUEL CAVAZOS a.k.a. "Tony," only.

SIGNED at Houston, Texas, this 28th day of October, 2005.

HON. NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE