UNSealed
Public and unofficial staff access
to this instrument
~~is hereby~~ court order.

DEA1062568

# United States District Court

## SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | |
| Manuel Cavazos (2) aka "Tony" | CASE NUMBER: H-CR-05-324 |

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest Manuel Cavazos (2) aka "Tony"

and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense):

United States Courts
Southern District of Texas
FILED
NOV 23 2005
Michael N. Milby, Clerk

in violation of Title United States Code, Section(s)

| Michael N. Milby | Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| by [signature] Deputy Clerk | Houston, TX    August 8, 2005 |
| Signature of Issuing Officer | Location and Date |

Government Requests
Bail Fixed at   DETENTION          by   Magistrate Judge Nancy Johnson

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/20/05 | DEA S/A Daniel Niell | STEVEN C. TILLER SUPERVISORY DEPUTY U.S. MARSHAL USMS HOUSTON |