UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
|     Plaintiff | § | |
| v. | § | Criminal No. H-05-324 |
| | § | |
| ALVARO FLORES-ALANIZ | § | |
| MANUEL CAVAZOS | § | |
| JOSE BUCIO, JR. | § | |
| RENE GARCES | § | |
| SILVIANO GUZMAN | § | |
| BILLY STOKES, and | § | |
| ROBERTO MONTANO-GARCIA, | § | |
|     Defendants. | § | |

GOVERNMENT'S SUPPLEMENT TO NOTICE OF FORFEITURE
IN THE INDICTMENT UNDER 21 U.S.C. § 853

The indictment in this case provides notice of forfeiture of all property as provided by Title 21, United States Code, Section 853. The indictment also lists certain property as subject to forfeiture. The United States of America hereby supplements the list of property subject to forfeiture, to include, but not be limited to, the following property:

    $15,700.00 in United States currency seized on or about August 8, 2005, from the residence of Billy Ray Stokes, defendant herein, at 14178 Whispering Palms, Houston, Texas.

    Respectfully Submitted,
    CHUCK ROSENBERG
    UNITED STATES ATTORNEY

    By: /s/Gerald Doyle
        Gerald Doyle
        Assistant U.S. Attorney
        Admission ID No. 1453
        910 Travis, Suite 1500
        P.O. Box 61129
        Houston, Texas 77208
        Phone: 713-567-9599
        Fax: 713-718-3300

Certificate of Service

I hereby certify that a copy of the foregoing has been served in the manner indicated upon the following persons on January 13, 2006.

Counsel for Jose Bucio, Jr. (certified mail/rrr)
Mark W. Bennett
Bennett & Bennett
735 Oxford St.
Houston, TX 77007

Counsel for Rene Garces (certified mail/rrr)
Mary Elizabeth Samaan
Attorney at Law
1001 Texas Ave., Ste. 500
Houston, TX 77002

Cynthia H. Rayfield
Attorney at Law
1001 Texas Ave., Ste. 500
Houston, TX 77002

Counsel for Silviano Guzman (certified mail/rrr)
Richard Frankoff
Attorney at Law
1744 Norfolk
Houston, TX 77098

Counsel for Billy Stokes (certified mail/rrr)
R. Scott Shearer
Attorney at Law
929 Preston, Ste. 200
Houston, TX 77002

Counsel for Roberto Montano-Garcia (certified mail/rrr)
Adrian Almaguer
Attorney at Law
225 S. Heights Blvd.
Houston, TX 77007-5897

                                                /s/ Gerald Doyle
                                                Gerald Doyle